**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6284

DANIEL STALEY,

Plaintiff - Appellant,

versus

HARMON, Mental Health Counselor at Kirkland
Correctional Institution R&E Center,

Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Patrick Michael Duffy, District
Judge.  (CA-03-3390-9-23)

Submitted:  June 16, 2004          Decided:  June 23, 2004

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Daniel Staley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Daniel Staley appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Staley v. Harmon, No. CA-03-3390-9-23 (D.S.C. Jan. 15, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED